IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISEDRO S. MONTANO,  )<br>   Plaintiff,  )<br>   vs.  )<br>SALINAS VALLEY MEDICAL, et al.,  )<br>   Defendants.  )<br>_____ ) | No. C 11-04524 EJD (PR)<br><br>ORDER OF DISMISSAL |

      Plaintiff filed a pro se civil rights action under 42 U.S.C. § 1983, against Salinas Valley Medical and prison medical officials. On February 15, 2012, the Court dismissed the complaint with leave to amend because Plaintiff failed to show how each individual Defendant's response to alleged serious medical needs was inadequate. . (See Docket No. 6.) The Court advised Plaintiff that if he failed to file an amended complaint within the time provided, the Court would dismiss this action without prejudice. (Id.) On March 22, 2012, the Court granted Plaintiff's motion for an extension of time such that an amended complaint was due no later than April 21, 2012. (See Docket No. 8.) On April 30, 2012, Plaintiff filed over 200 pages of various documents without explanation as to the content of these documents or his intent in filing them. These documents alone are not sufficient to constitute an amended complaint.

1    Plaintiff has failed to file an amended complaint in accordance with the Court's
2 Order of Dismissal with Leave to Amend in the time provided.  Accordingly, this action
3 is DISMISSED without prejudice.

5 DATED:  June 21, 2012

   EDWARD J. DAVILA
   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISEDRO S MONTANO,

        Plaintiff,

  v.

SALINAS VALLEY MEDICAL, et al.,

        Defendants.

Case Number: CV11-04524 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/25/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isedro S. Montano K 71942
Salinas Valley State Prison
P. O. 1050
Soledad, CA 93960

Dated:  6/25/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk